UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARTIN MILLER, | ) | 3:16-CV-0458-MMD (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | August 16, 2017 |
| ISIDRO BACA, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On July 24, 2017, the order setting inmate early mediation conference (ECF No. 10) was returned by the U.S. Postal Service with a "return to sender" stamp (ECF No. 12). Plaintiff is advised that pursuant to LR IA 3-1, he must immediately file with the court written notification of any change of address. Failure to comply with this rule may result in dismissal of this action with prejudice. Plaintiff shall have until **Friday, September 8, 2017** to file a notice of change of address or this court will recommend that this action be dismissed.

Defendants' motion to continue early mediation conference (ECF No. 13) is **GRANTED**. The inmate early mediation conference set for August 22, 2017 is hereby **VACATED** until such time as plaintiff files a change of address.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
Deputy Clerk